**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION**

| | |
|---|---|
| ERICKA T. JEFFERSON, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) No. 4:24-CV-1308-CDP |
| | ) |
| MERCY HOSPITAL, | ) |
| | ) |
| Defendant. | ) |

## MEMORANDUM AND ORDER

This matter is before the Court upon the second application of self-represented plaintiff Ericka T. Jefferson for leave to commence this action without payment of the required filing fee. ECF No. 10. Upon consideration of the financial information provided with the application, the Court finds the plaintiff is unable to pay any portion of the filing fee. *See* 28 U.S.C. § 1915(a). Therefore, plaintiff will be granted leave to proceed in forma pauperis.

Plaintiff brings this action under Title VII of the Civil Rights Act of 1964, as amended, 42 U.S.C. §§ 2000e, et seq., ("Title VII"), for alleged employment discrimination on the basis of her race and retaliation. ECF No. 1. Mercy Hospital is named as the sole defendant. Plaintiff attached her Notice of Right to Sue letter to her complaint. ECF No. 1-1. Plaintiff has also filed her charge of discrimination. ECF No. 8. The instant action appears, upon initial review, to be timely and exhausted.

Accordingly,

**IT IS HEREBY ORDERED** that plaintiff's second motion for leave to proceed in forma pauperis [ECF No. 10] is **GRANTED.**

**IT IS FURTHER ORDERED** that the Clerk of Court shall issue process or cause process to issue on the employment discrimination complaint at the address for defendant provided by plaintiff.

Dated this 19th day of November, 2024.

*Catherine D. Perry*
CATHERINE D. PERRY
UNITED STATES DISTRICT JUDGE