UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| ERIKA T. JEFFERSON, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | Case No. 4:24 CV 1308 CDP |
| | ) | |
| MERCY HOSPITAL, | ) | |
| | ) | |
| Defendant. | ) | |

## MEMORANDUM AND ORDER

This matter is before the Court on plaintiff's renewed motion for appointment of counsel. ECF 21. Plaintiff contends that her case has now become complex and warrants appointment of counsel simply because defendant filed its corporate disclosure statement indicating that the correct legal name of defendant is MHM Support Services, not Mercy Hospital. ECF 20. Defendant is not, as plaintiff claims "denying [her] employment there." ECF 21. Instead, it has disclosed the correct legal name of plaintiff's employer to be named as a defendant in this lawsuit. Plaintiff need only file a routine motion to substitute MHM Support Services for Mercy Hospital as the defendant in this case to correct the problem. This is not a complex legal issue which requires appointment of counsel. Therefore, the renewed motion for appointment of counsel is denied without prejudice to the filing of a motion for appointment of counsel should circumstances warrant.

- 2 -

Accordingly,

**IT IS HEREBY ORDERED** that the renewed motion for appointment of

counsel [21] is denied without prejudice.


_____
CATHERINE D. PERRY
UNITED STATES DISTRICT JUDGE

Dated this 26th day of February, 2025.