UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| ERIKA T. JEFFERSON, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | Case No. 4:24 CV 1308 CDP |
| | ) | |
| MERCY HOSPITAL, | ) | |
| | ) | |
| Defendant. | ) | |

## MEMORANDUM AND ORDER

This matter is before the Court on defendant's motion for judgment on the pleadings or, in the alternative, summary judgment. ECF 30. Because plaintiff is a self-represented litigant, the Court will grant her additional time to file a response to the motion. Plaintiff must comply with this Memorandum and Order, as the failure to file a response will result in the Court ruling on the motion as unopposed.

Accordingly,

**IT IS HEREBY ORDERED** that plaintiff shall file an opposition to defendant's motion for judgment on the pleadings or, in the alternative, summary judgment [ECF 30] by no later than **April 18, 2025**, or the motion will be ruled as unopposed without further notice by the Court. Any reply brief may be filed by no later than **April 28, 2025**.

CATHERINE D. PERRY
UNITED STATES DISTRICT JUDGE

Dated this 19th day of March, 2025.